**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 165 MAL 2019

             Respondent       :

                              :    Petition for Allowance of Appeal from

                              :    the Order of the Superior Court

              v.                     :

                              :

ABDELLAH ELKADDI,            :

                              :

             Petitioner        :

## ORDER

**PER CURIAM**

      **AND NOW**, this 30th day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.